AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

Case 6:16-mj-00012-MJS   Document 3   Filed 02/17/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| JEREMY LOWRY, | ) Case No.  6:15MJ0012MJS ) ) |

### ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before: U.S. District Court, Yosemite on February 29, 2016 at 1:30PM before Magistrate Judge Michael J. Seng
*Place*

(5) The defendant shall not have any contact with the victim in this case either directly or in-directly.

(6) Rule 43 waiver is granted for pretrial matters. However, the request is denied for any hearing regarding the currently imposed stay away condition of release.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2-16-16

*Defendant's signature*

Date: February 16, 2016

/s/ Michael J. Seng
*Judicial Officer's Signature*

United States Magistrate Judge
*Printed name and title*