HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda.allison@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JEREMY LOWRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY LOWRY,<br><br>    Defendant. | Case No. 6:16-mj-0012-MJS<br><br>STIPULATION AND ORDER TO CONTINUE THE INITIAL APPEARNCE<br><br>Date:   December 6, 2016<br>Time:   10:00 a.m.<br>Judge:  Hon. Michael J. Seng |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Legal Officer SUSAN ST. VINCENT and Chief Assistant Federal Defender LINDA C. ALLISON attorney for defendant JEREMY LOWRY, that the Court continue the initial appearance set for November 1, 2016 to December 5, 2016 at 10:00 a.m.

DATED: October 20, 2016                          Respectfully submitted,

                                                 HEATHER WILLIAMS
                                                 Federal Defender

                                                 /s/Linda Allison
                                                 LINDA ALLISON
                                                 Chief Assistant to the Federal Defender
                                                 Attorneys for Defendant
                                                 JEREMY LOWRY

/ / /

/ / /

-1-

Dated: October 20, 2016

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Legal Officer

## **ORDER**

It is hereby ordered that the November 1, 2016 initial appearance in Case No. 6:16-mj-0012-MJS be continued to December 6, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 31, 2016              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE