HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JAMES EDWARD LOWRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  6:16-mj-012 MJS |
|---|---|
| Plaintiff, | ) REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING; ORDER |
| vs. | ) Date:  December 6, 2016 |
| JAMES EDWARD LOWRY, | ) Time: 10:00 am |
| Defendant. | ) Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2),  James Edward Lowry, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter.  Mr. Lowry agrees that his interests shall be represented at all times by the presence of his attorney, Linda C. Allison from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Lowry were personally present.  This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

/ / /

/ / /

/ / /

Mr. Lowry is charged with misdemeanor assault and disorder conduct. Mr. Lowry is currently serving a state sentence of four years.

Dated: December 5, 2016

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ LINDA C. ALLISON*
                                        LINDA C. ALLISON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JEREMY EDWARD LOWRY

I consent to the above.

Dated: November 28, 2016            /s/ Jeremy Edward Lowry
                                                JEREMY EDWARD LOWRY
                                                Defendant

## ORDER

For good cause appearing, the Court grants the Defendant's request for waiver of his personal appearance for all proceedings in this matter, to include his change of plea and sentencing.

IT IS SO ORDERED.

Dated:   December 6, 2016                      /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE